IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSEPH SIMS**  **PLAINTIFF**
**Reg # 32850-045**

v.  Case No. 2:20-cv-00238 KGB

**HENDRIX**, *et al*.  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 64). Plaintiff Joseph Sims filed an objection to the Proposed Findings and Recommendations (Dkt. No. 65). After careful review of the Proposed Findings and Recommendations and Mr. Sims's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 64).

Mr. Sims filed this federal civil rights action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), on December 1, 2020, while incarcerated at the Forrest City Medium Federal Correctional Institution (Dkt. No. 1). The Court granted Mr. Sims's motion to proceed *in forma pauperis* on February 2, 2021, and directed him to file an amended complaint within 30 days (Dkt. No. 21). The Court granted Mr. Sims' motions for extension of time, giving him until June 1, 2021, in which to file an amended complaint (Dkt. Nos. 26, 51). Although Mr. Sims continued to submit miscellaneous letters and notices and even took an appeal to the Eighth Circuit Court of Appeals, Mr. Sims has not filed an amended complaint in accordance with the Court's February 2, 2021, Order.

Judge Kearney entered his Proposed Findings and Recommendations on June 3, 2021, recommending that Mr. Sims' complaint be dismissed for failure to state a claim. Mr. Sims timely

filed objections to Judge Kearney's recommendations (Dkt. No. 65), yet these objections did not address Judge Kearney's reasons for recommending dismissal. Mr. Sims has still failed to state a claim upon which relief may be granted. As a result, the Court adopts the Proposed Findings and Recommendations and dismisses without prejudice this action.

Also pending before the Court are Mr. Sims's motion for order and motion to extend time (Dkt. Nos. 66, 68). As this case is hereby dismissed, the Court denies these motions as moot.

It is therefore ordered that:

1. The Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 64);

2. The Court dismisses without prejudice Mr. Sims's claims for failure to state a claim upon which relief may be granted (Dkt. No. 1);

3. The Court denies as moot Mr. Sims's motions for order and to extend time (Dkt. Nos. 66, 68);

4. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g); and

5. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 6th day of December, 2021.

_____
Kristine G. Baker
United States District Judge